UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:<br><br>PETITION TO ENFORCE NON-PARTY SUBPOENAS TO MCANDREWS HELD & MALLOY LTD., TROY A. GROETKEN, and YUFENG (ETHAN) MA | Miscellaneous Case No:_____<br><br>**PETITION TO ENFORCE NON-PARTY SUBPOENAS**|
| SHIRE LLC<br><br>   Petitioner,<br><br>v.<br><br>MCANDREWS HELD & MALLOY LTD., TROY A. GROETKEN, and YUFENG (ETHAN) MA<br><br>   Respondents. | **(ORAL ARGUMENT REQUESTED)** |
| SHIRE LLC<br><br>   Plaintiff,<br><br>v.<br><br>TRAVIS C. MICKLE, PH.D., and KEMPHARM, INC.<br><br>   Defendants. | **Underlying Action Pending in United States District Court for the Western District of Virginia**<br><br>**Civil Case No. 7:10-cv-00434** |

Petitioner Shire LLC (hereinafter, "Shire"), Plaintiff in the above-captioned civil case now pending in the United States District Court for the Western District of Virginia, pursuant to Federal Rules of Civil Procedure 45 and 37, as well as Local Rule 37.2, requests that the Court order McAndrews Held & Malloy Ltd. ("McAndrews"), Troy A. Groetken ("Groetken"), and

00993273.DOC

Yufeng (Ethan) Ma ("Ma") (together, the "Respondents") to comply with the duly authorized subpoenas served upon them. A Brief in Support accompanies this petition.

Counsel for Shire and counsel for Respondents corresponded and discussed their differences pursuant to Local Rule 37.2. Ultimately, after consultation by telephone and good faith attempts to resolve differences, Shire and Respondents were unable to reach an accord regarding the issues raised by the present motion.

WHEREFORE, for the reasons set forth in the accompanying Brief in Support and as demonstrated by the documents included in the Appendix, and pursuant to Federal Rule of Civil Procedure 45(c)(2)(B), Petitioner Shire LLC requests that the Court enter an Order: (1) compelling Respondents to appear for a deposition; and (2) setting a firm deadline for Respondents to produce documents in response to their subpoenas. Petitioner Shire LLC further requests the Court set the present motion for oral argument and for any other and additional relief the Court deems just and appropriate.

Dated: October 27, 2011

Respectfully submitted,

By:   /s/ *Steven R. Trybus*
      Steven R. Trybus

JENNER & BLOCK LLP
353 N. Clark St.
Chicago, IL 60654
Telephone: (312) 923-8307
Fax: (312) 923-8407
Email: strybus@jenner.com

and

By:   /s/ *Eugene LeDonne*
      Eugene LeDonne (application for *Pro Hac Vice* forthcoming)

FROMMER LAWRENCE & HAUG LLP
745 Fifth Avenue
New York, NY  10151
Telephone:  (212) 588-0800
Facsimile:  (212) 588-0500
Email:  eledonne@flhlaw.com

ATTORNEYS FOR SHIRE, L.L.C

# CERTIFICATE OF SERVICE

    I hereby certify that on October 27, 2011, pursuant to LR 5.3, I electronically filed the foregoing document with the Clerk of Court using the ECF system and that a file-stamped copy of this Motion to Compel Compliance was sent to following by both electronic and U.S. Mail:

| | |
|---|---|
| Gregory C. Schodde | John E. Davidson |
| Patricia J. McGrath | Davidson & Kitzmann, PLC |
| Thomas J. Wimbiscus | 211 East High Street |
| McAndrews, Held & Malloy, Ltd. | Charlottesville, VA 22902 |
| 500 West Madison, 34th Floor | jed@dklawyers.com |
| Chicago, IL 60661 | |
| gschodde@mcandrewsip.com | |
| pmcgrath@mcandrews-ip.com | |
| twimbiscus@mcandrews-ip.com | |

Dated: October 27, 2011

Respectfully submitted,

By:    /s/ *Steven R. Trybus*
       Steven R. Trybus

JENNER & BLOCK LLP
353 N. Clark St.
Chicago, IL 60654
Telephone: (312) 923-8307
Fax: (312) 923-8407
Email: strybus@jenner.com

and

By:    /s/ *Eugene LeDonne*
       Eugene LeDonne

FROMMER LAWRENCE & HAUG LLP
745 Fifth Avenue
New York, NY 10151
Telephone: (212) 588-0800
Facsimile: (212) 588-0500
Email: eledonne@flhlaw.com

ATTORNEYS FOR SHIRE, L.L.C